JUDGE FRANKLIN D. BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR06-5531FDB |
| Plaintiff, | |
| vs. | ORDER GRANTING MOTION TO CONTINUE PRETRIAL MOTIONS DEADLINE |
| MARK HAMPTON, | |
| Defendant. | |

Upon motion of the defendant to continue the pretrial motions due date, the Court finds that such a continuance would serve the ends of justice; therefore,

IT IS HEREBY ORDERED that the pretrial motions due date in this matter be continued to November 13, 2006.

DONE this 26th day of October, 2006.

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:
/s/_____     /s/_____
COLIN A. FIEMAN                   WILLIAM REDKEY
Attorney for Defendant            Assistant United States Attorney

ORDER GRANTING MOTION
TO CONTINUE PRETRIAL MOTIONS DEADLINE         1

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Ste. 400
Tacoma, Washington  98402
(253) 593-6710